**FILED**

**JUN 15 2020** sxb

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

JOHNSON & JOHNSON, ETHICON, INC., ETHICON US, LLC, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,

Plaintiffs,

v.

ADVANCED INVENTORY MANAGEMENT, INC. d/b/a ESUTURES.COM, ANTHONY IADEROSA JR., JASON EINHORN, MIKE PHIPPS, and MUDASSAR SHAH,

Defendants.

---

1:20-cv-03471
Judge Robert M. Dow, Jr
Magistrate Judge Jeffrey Cummings

FILED *EX PARTE* AND UNDER SEAL

## NOTIFICATION OF AFFILIATES PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc. submit their disclosure of affiliates pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 3.2 and state that:

1. Johnson & Johnson has no parent corporation, and there is no publicly held corporation that owns 5% or more of Johnson & Johnson's stock.

2. Ethicon, Inc. is a wholly owned subsidiary of Johnson & Johnson, a publicly held corporation.

3. Ethicon US, LLC is an indirect wholly owned subsidiary of Johnson & Johnson, a publicly held corporation, which is its only member.

4. Johnson & Johnson Health Care Systems Inc. is a wholly owned subsidiary of Johnson & Johnson, a publicly held corporation.

Dated:   June 15, 2020

*[signature: Bradley Andreozzi]*
BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and

*[signature: Geoffrey Potter]*
GEOFFREY POTTER
ARON FISCHER *(admission application to be submitted)*
TIMOTHY A. WATERS *(admission application to be submitted)*
JOSHUA R. STEIN *(admission application to be submitted)*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:   (212) 336-2000
Fax:   (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*

2