# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHNSON & JOHNSON, ETHICON, INC., ETHICON US, LLC, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : : : : | Case No. 20-cv-3471 |
| Plaintiffs, | : : | Hon. Robert M. Dow, Jr. |
| v. | : : | Magistrate Judge Jeffrey I. Cummings |
| ADVANCED INVENTORY MANAGEMENT, INC. d/b/a ESUTURES.COM, ANTHONY IADEROSA JR., JASON EINHORN, MIKE PHIPPS, and MUDASSAR SHAH, | : : : : : | |
| Defendants. | : | |

---

**PLAINTIFFS' UPDATE CONCERNING
TESTING AND SAMPLING OF SEIZED PRODUCT
<u>IN RESPONSE TO THE COURT'S JULY 27, 2020 ORDER</u>**

Pursuant to Magistrate Judge Cummings' Order at Dkt. No. 151, Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc. (collectively, "Ethicon") submit the following updated chart regarding the status and results of Ethicon's testing to-date:

| Product Code | Lot Number | Qty Recovered | Source | Status | Expired? | Location at eSutures | Box # From Seizure |
|---|---|---|---|---|---|---|---|
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 9 | Yellowstone Surgery Center Located in Montana (eSutures customer) | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | MEB5371 | 8 | Aspen Meadow Veterinary Specialists Located in Colorado (eSutures customer) | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | R4124A | 34 cartridges (204 clips) | Alpha Medthrift Scientific Co. Located in Illinois (eSutures customer) | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | R4124A | 1 cartridge (6 clips) | West Georgia Urology Associates Located in Georgia | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | (eSutures customer) | | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 1 cartridge (6 clips) | West Georgia Urology Associates Located in Georgia (eSutures customer) | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | R4124A | 108 cartridges (648 clips) | eSutures seizure | Confirmed counterfeit | | 22-12-05 (7) | Box #1566 |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 108 cartridges (648 clips) | Mercy Ships Currently Located in the Canary Islands (eSutures customer) | Confirmed Counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) | MJB8341 | 300 | eSutures seizure | Confirmed counterfeit | | Jason Einhorn's Office | Box #75 |
| GST60W | N4L90G | 2 | eSutures seizure | Not counterfeit | | 36-25-1A (731), 36-25-1D (414) | Box #1111 |
| 1962 | 3930128 | 30 | eSutures seizure | Not counterfeit | Yes | Jason Einhorn's Office | Box #75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2083 | MBB2001 | 20 | eSutures seizure | Not counterfeit | Yes | Jason Einhorn's Office | Box #75 |
| 1963 | 3930150 | 9 | eSutures seizure | Not counterfeit | Yes | Jason Einhorn's Office | Box #75 |
| J548G | KBZ010 | 24 | eSutures seizure | Not counterfeit | | Aisle 15 | Box #1445 |
| J548G | KBZ121 | 24 | eSutures seizure | Not counterfeit | | Aisle 15 | Box #1451 |
| PDP338H | MKK859 | 72 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| VCP317H | MG8BBSR0 | 36 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 8623H | LH6824 | 36 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 1673BH | PAH447 | 35 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 1673BH | PJB804 | 36 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 1673BH | PHB761 | 36 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 1674H | MGH184 | 144 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |

| Product Code | Lot Number | Qty Sold | Source | Status | Expired? | Location at eSutures | Box # From Seizure |
|---|---|---|---|---|---|---|---|
| D8867 | JHK080 | 12 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| VR496 | AH7594 | 48 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| Y432H | MJ5206 | 36 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| W9913 | AJ0288 | 12 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 1962 | 3930170 | 20 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| TPW42 | SCJ024 | 2 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 2083 | MBB2011 | 1 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| 490T | GBP682 | 1 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| VCP345 | MD8DLMQ0 | 1 | eSutures seizure | Not counterfeit | | Jason Einhorn's Office | Box #75 |
| **All Confirmed Counterfeit Ethicon Medical Devices Sold by eSutures** | | | | | | | |
| Product Code | Lot Number | Qty Sold | Source | Status | Expired? | Location at eSutures | Box # From Seizure |
| 1901GB (SURGICEL® | 3930653 | 12 | Purchased by Ethicon's | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Absorbable Hemostat) | | | investigator in Pakistan directly from eSutures | | | | |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761 | 20 | Carnegie Mellon University Located in Pennsylvania | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 12 | Massachusetts General Hospital Located in Massachusetts | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | Michigan State University Located in Michigan | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 216 | Northwestern University – Biomedical Engineering Located in Illinois | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 240 | University of Michigan Located in Michigan | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | MEB5371 | 12 | Aspen Meadow Veterinary Specialists Located in Colorado | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STRAP25 (ETHICON SECURESTRAP®) | HCZ497 | 2 | Associated Surgical Center Located in Illinois | Confirmed counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761<br><br>KGB6162 | 10<br><br>10 | Austin Ear Nose & Throat Plastic Surgery Located in New York | Confirmed counterfeit | | | |
| STRAP25 (ETHICON SECURESTRAP®) | HCZ497 | 4 | Camela Medical Group Located in Missouri | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat)<br><br>1952 (SURGICEL® Original Hemostat) | LGB6831<br><br>KGB6651 | 84<br><br>48 | CHRISTUS Trinity Mother Frances Health System Located in Texas | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 12 | Colorado State University Veterinary Teaching Hospital Located in Colorado | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | DSA Dallas Surgical Arts Located in Texas | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1953 (SURGICEL® Original Hemostat) | MDB3741 | 12 | Ear Nose and Throat Associates of South Florida Located in Florida | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 216 | Elite Plastic Surgery Located in Arizona | Confirmed counterfeit | | | |
| STRAP25 (ETHICON SECURESTRAP®) | HCZ497 | 2 | Elmhurst Outpatient Surgery Center Located in Illinois | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 24 | Johnson Regional Medical Center Located in Arkansas | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 24 | Northern Texas Facial and Oral Surgery Located in Texas | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651　MEB5371 | 12　12 | Meadville Medical Center Located in Pennsylvania | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | MedVet Cincinnati Located in Ohio | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 2376 | Mercy Ships Currently Located in the Canary Islands | Confirmed counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761 | 10 | Performance Management Service Located in New Jersey | Confirmed counterfeit | | | |
| OPSTRAP20 (ETHICON SECURESTRAP®) | SVL985 | 6 | Pine Creek Medical Center Located in Texas | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | MEB5371 | 2 | Royalty Surgical Center Located in California | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | Ryan Veterinary Hospital of the University of Pennsylvania Located in Pennsylvania | Confirmed counterfeit | | | |
| STRAP25 (ETHICON SECURESTRAP®) | HCZ497 | 3 | Scotland County Hospital Located in Missouri | Confirmed counterfeit | | | |
| 1961 | KGB6162 | 10 | South Florida Oral and | Confirmed counterfeit | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (SURGICEL® FIBRILLAR™) | | | Maxilofacial Surgery Located in Florida | | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | Upstate Veterinary Specialists Located in New York | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | R4124A | 432 | Urologic Specialists of Northwest Indiana (who received the products by way of Alpha Medthrift Scientific Co.) Located in Indiana | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | Veterinary Emergency + Referral Center of Hawaii Located in Hawaii | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 12 | Veterinary Medical Center Located in New York | Confirmed counterfeit | | | |
| LT200 | R4124A | 216 | West Georgia Urology | Confirmed counterfeit | | | |
| | P4RG82 | 216 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (LIGACLIP® EXTRA Ligating Clips) | | | Located in Georgia | | | | |
| 1961 (SURGICEL® FIBRILLAR™) | KGB6162 | 10 | Wyoming Medical Center Located in Wyoming | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | Yellowstone Surgery Center Located in Montana | Confirmed counterfeit | | | |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 648 | Alpha Medthrift Scientific Co. Located in Illinois | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | MEB5371 | 12 | Bell Medical Services, Inc. Located in New Jersey | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 24 | CalMed Located in the U.S. Virgin Islands | Confirmed counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) 1952 (SURGICEL® Original Hemostat) | LME2761 MEB5371 | 30 48 | Davol Inc. Located in Rhode Island | Confirmed counterfeit | | | |

| Product | Lot | Qty | Source | Status |
|---|---|---|---|---|
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 12 | First Medical Inc. Located in Iowa | Confirmed counterfeit |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | P4RG82 | 216 | Life Care Supplies Located in Michigan | Confirmed counterfeit |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761 | 10 | Medical Supply Corporation Located in Michigan | Confirmed counterfeit |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761 | 10 | Medex Supply Distributors, Inc. Located in New Jersey | Confirmed counterfeit |
| 1961 (SURGICEL® FIBRILLAR™)  OPSTRAP20 (ETHICON SECURESTRAP®) | LME2761  SVL985 | 9  3 | Palm Harbor Medical, Inc. Located in Florida | Confirmed counterfeit |
| 1952 (SURGICEL® Original Hemostat) | MEB5371 | 10 | Spot On Specialties Located in Michigan | Confirmed counterfeit |
| LT200 (LIGACLIP® EXTRA Ligating Clips) | R4124A  P4RG82 | 432  432 | The Surgical Pavilion Located in Arkansas | Confirmed counterfeit |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 24 | Surgical Resources Group Located in Florida | Confirmed counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761 | 10 | T-Plex Industries Located in Missouri | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 60 | Tenaya Therapeutics Located in Ohio | Confirmed counterfeit | | | |
| 1953 (SURGICEL® Original Hemostat) | LGB6831 | 36 | Trans Med USA Located in Massachusetts | Confirmed counterfeit | | | |
| STRAP25 (ETHICON SECURESTRAP®) | HCZ497 | 5 | Valley Surgical Located in Florida | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 12 | Roger David Located in Michigan | Confirmed counterfeit | | | |
| 1952 (SURGICEL® Original Hemostat) | KGB6651 | 48 | Andrew Wingeier Located in Michigan | Confirmed counterfeit | | | |
| 1961 (SURGICEL® FIBRILLAR™) | LME2761<br><br>KGB6162 | 40<br><br>10 | Zhamilya Bayeva Located in New York | Confirmed counterfeit | | | |

Dated: October 16, 2020

Respectfully submitted,

 */s/* Bradley J. Andreozzi
BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:    (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and

 */s/* Geoffrey Potter
GEOFFREY POTTER
ARON FISCHER (*admission application to be submitted*)
TIMOTHY A. WATERS (*admission application to be submitted*)
JOSHUA R. STEIN (*admission application to be submitted*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I caused the foregoing to be served on all counsel of record via the Court's ECF system as well as by serving the documents via electronic mail upon the following:

Mudassar Shah (*pro se*)
m.shah@esutures.com
mudassarshah79@yahoo.com


/s/ Matthew M. Morrissey