UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------
                                       :

| | |
|---|---|
| JOHNSON & JOHNSON, ETHICON, INC., ETHICON US, LLC, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,        Plaintiffs, <br><br> v. <br><br> ADVANCED INVENTORY MANAGEMENT, INC. d/b/a ESUTURES.COM, ANTHONY IADEROSA JR., JASON EINHORN, MIKE PHIPPS, and MUDASSAR SHAH,        Defendants. | Case No. 20-cv-3471 <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

---------------------------------------------------------------

On consent of Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc. (collectively "Ethicon") and Defendants Advanced Inventory Management, Inc. d/b/a eSutures.com ("AIM"), Anthony Iaderosa Jr., Jason Einhorn, and Mike Phipps (collectively, "eSutures"), it is hereby ORDERED, ADJUDGED, AND DECREED:

WHEREAS, on July 31, 2020, Ethicon filed a First Amended Complaint in *Johnson & Johnson et al. v. Advanced Inventory Management, Inc. d/b/a eSutures.com et al.*, No. 1:20-cv-3471 (the "Action") in the United States District Court for the Northern District of Illinois (the "Court"), asserting claims for, among other things, federal and state trademark infringement, false description and designation of origin in commerce, federal false advertising, federal and state trademark dilution and counterfeiting, state deceptive and unfair trade practices, common law unfair competition, common law unjust enrichment, common law tortious interference with contract, and breach of settlement agreement, all of which claims, Ethicon has alleged, have given rise to significant damages;

WHEREAS, on September 14, 2020, AIM and Phipps filed counterclaims against Ethicon in the Action, asserting claims for wrongful seizure, tortious interference with business relationships, and trespass to chattels, all of which claims, AIM and Phipps have alleged, have given rise to significant damages;

NOW THEREFORE:

1.      eSutures, along with its principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries, and all other persons in active concert and participation with them, or who otherwise aid and abet eSutures, are permanently enjoined from manufacturing, buying, selling, importing, marketing, advertising, distributing, or in any way using in commerce worldwide any goods, including authentic goods, manufactured, distributed, marketed or sold by or for Johnson & Johnson or its current or future direct or indirect subsidiaries (the "Johnson & Johnson Products"). eSutures shall consult Johnson & Johnson's yearly 10-K filings to determine Johnson & Johnson's direct and indirect subsidiaries. A list of Johnson & Johnson's direct and indirect subsidiaries as of the date of this Consent Judgment and Permanent Injunction is attached hereto as Appendix A. Ethicon shall also have the right, but not the obligation, to notify eSutures of any new direct or indirect subsidiaries Johnson & Johnson acquires.

2.      If in the future Johnson & Johnson acquires a new direct or indirect subsidiary, and eSutures has products in its inventory manufactured, distributed, marketed or sold by that subsidiary, then eSutures will have six (6) months from the date of notice provided by Ethicon of the acquisition of the subsidiary or from the date of the Johnson & Johnson 10-K filing that includes the new subsidiary, whichever is earlier, to sell or otherwise dispose of such products. If in the future any current or future direct or indirect subsidiary of Johnson & Johnson ceases to be owned by Johnson & Johnson, then eSutures shall no longer be enjoined from manufacturing, buying, selling, importing, marketing, advertising, distributing, or in any way using in commerce worldwide any goods that were or are at any time manufactured, distributed, marketed or sold by that subsidiary regardless of whether trademarks registered to Johnson & Johnson continue to appear on such goods, except that eSutures shall not sell any product that has on it a trademark that has not been sold and is registered to or owned by Johnson & Johnson or any of its remaining subsidiaries.

3.      eSutures, along with its principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries, and all other persons in active concert and participation with them, or who otherwise aid and abet eSutures, are further permanently enjoined from mentioning "Ethicon," "Johnson & Johnson," or any of Johnson & Johnson's current or future direct or indirect subsidiaries, or using any of the Johnson & Johnson Products in its publicity, promotion, or advertising including, without limitation, on any domain name, website, uniform resource locator (URL), Internet store, or online marketplace platform, including, without limitation, eBay, Amazon, and Alibaba.

4.      eSutures, along with its principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries, and all other persons in active concert and participation with them, or who otherwise aid and abet eSutures, are further permanently enjoined from using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of

2

falsely representing that the services or products of eSutures are sponsored by, authorized by, or in any way associated with Ethicon, Johnson & Johnson, or any of Johnson & Johnson's current or future direct or indirect subsidiaries, or affixing, applying, annexing, or using in connection with the sale of any goods a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Ethicon products, or engaging in any act which is likely to cause the trade, retailers, or members of the purchasing public to believe that eSutures is associated with Ethicon, Johnson & Johnson, or any of Johnson & Johnson's current or future direct or indirect subsidiaries.

5.      Nothing in the preceding paragraphs is intended to enjoin individual employees, officers, or principals of eSutures from making personal, non-business purchases and use of Johnson & Johnson Products.

6.      If from time to time eSutures accidentally, inadvertently, or otherwise comes into possession of Johnson & Johnson Products, then eSutures shall immediately isolate the product from the remainder of eSutures' inventory and shall promptly return the product to the person or entity to which it belongs or shall destroy the product but in no case shall eSutures sell or redistribute the product. eSutures shall provide a report of all such products and their disposition to Ethicon on a quarterly basis. To the extent that following the Seizure Order entered in this case any products bearing the Ethicon Marks, as defined at Dkt. No. 31, have inadvertently come into eSutures' possession and have been maintained by eSutures in accordance with the Temporary Restraining Order and/or Preliminary Injunction in this case, then eSutures shall within fourteen (14) days after entry of this Consent Judgment and Permanent Injunction provide them to Ethicon for destruction as set forth in Paragraph 7.

7.      Fourteen days after the entry of this Consent Judgment and Permanent Injunction, eSutures shall provide Ethicon with all Johnson & Johnson Products in its possession, custody or control. Ethicon shall pick up all such goods at eSutures's offices and warehouse. Ethicon shall destroy such goods at its own expense. Ethicon shall also destroy, at its own expense, all of the goods that were seized at eSutures during the execution of the Court's seizure order in June 2020.

8.      Within fourteen days after entry of this Consent Judgment and Permanent Injunction, each Party must destroy all Confidential Information (as defined in the Confidentiality Order in the Action, Dkt. No. 65 (the "**Confidentiality Order**")) and documents marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" or "ATTORNEYS' EYES ONLY." For the avoidance of doubt, this paragraph includes but is not limited to all records, data, and electronic images obtained during the seizure in this Action in June 2020, and Ethicon shall destroy or return to eSutures all electronic and physical records and data in its possession that were seized from eSutures and its employees and principals in June 2020, except that counsel for Ethicon may retain an archival copy of all court submissions (including pleadings and motion papers), transcripts, exhibits, legal memoranda, correspondence, or attorney work product. Any retained records will continue to be protected under the Confidentiality Order entered in this case.

3

9.    Within fourteen days after entry of this Consent Judgment and Permanent Injunction, UnitedLex Corp., which the Court appointed as the custodian for records seized from eSutures and its employees and principals in June 2020, shall destroy or return to eSutures all electronic and physical records and data in its possession that were seized from eSutures and its employees and principals in June 2020.

10.    eSutures and its parent companies, subsidiaries, and affiliates shall maintain complete records of their purchases and sales of all Johnson and Johnson Products for a period of ten years following entry of this Consent Judgment and Permanent Injunction.  For a period of ten years following entry of this Consent Judgment and Permanent Injunction, Ethicon shall have the right, upon at least thirty days prior written notice, to have an independent firm audit eSutures's records of purchases and sales of all products purchased or sold by eSutures after the date of this Consent Judgment.  Ethicon's right to such an audit shall not be exercised more than once in any twelve-month period.  In the event of such an audit, Ethicon shall ensure that the independent auditor does not provide any information obtained from the audit to Ethicon other than information relating to products purchased or sold by eSutures in violation of this Consent Judgment and Permanent Injunction.

11.    eSutures and its principals may not invest in, control, have any direct or indirect ownership interest in, work for, lend money to, or participate in any business that violates any term of this Consent Judgment or sells, manufactures or distributes Johnson & Johnson Products.  However, nothing in this order shall prohibit eSutures or its principals from owning less than 5% of any corporation whose shares are traded freely on a stock exchange.

12.    If eSutures is found by any court to have violated the prohibitions of this Consent Judgment by selling authentic Johnson & Johnson Products, Ethicon is entitled at its election to liquidated damages of one hundred times (100x) the list price of the authentic product that eSutures sells (or has sold on its behalf by its principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries, and all other persons in active concert and participation with them, or who otherwise aid and abet eSutures in violating this Consent Judgment) that violate this Consent Judgment; or to Ethicon's actual, statutory, and punitive damages. Liability of each of AIM and Iaderosa will be joint and several among AIM and Iaderosa.

13.    This Consent Judgment is based upon a Settlement Agreement in which neither eSutures nor Ethicon makes an admission of liability or wrongdoing.

14.    Ethicon and eSutures each agree that jurisdiction and venue for an action for contempt of this Consent Judgment exists in the United States District Court for the Northern District of Illinois.  In such an action, eSutures shall waive any and all defenses based upon personal jurisdiction, subject matter jurisdiction, and venue.

4

15.     This Consent Judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure, and this Action is hereby dismissed, with prejudice, as to eSutures and as to Ethicon, without costs or attorneys' fees, save that this Court shall retain jurisdiction over this action, including, without limitation, over implementation of or disputes arising out of this Consent Judgment with regard to eSutures or its principals, agents, attorneys, members, servants, employees, directors, officers, parents, successors, heirs, assigns, executors, representatives, and subsidiaries.

16.     eSutures relinquishes all rights to the funds identified below (the "Frozen Settlement Funds"):

| Bank Name | Account Title | Account Number Ending In | Amount |
|---|---|---|---|
| Lakeside Bank | AIM | 0900 | $6,000,000 |

17.     Upon service of this Order on Lakeside bank it shall transfer the Frozen Settlement Funds from Advanced Inventory Management account 0900 to a non-interest-bearing escrow account held by counsel for Plaintiffs at Citibank, Private Banking Division, 153 East 53th Street, New York, NY 10022, ABA # 021000089, Swift # CITIUS33, Account # ████1288, Account Name Patterson Belknap Webb & Tyler LLP Attorney Trust Account-IOLA. Confirmation of the date and amount of each wire transfer shall be sent to counsel for Ethicon at GPotter@pbwt.com and counsel for eSutures at GMarshall@bradley.com and ESullivan@bradley.com.  After the Frozen Settlement Funds are transferred Lakeside Bank shall immediately unfreeze the account.

18.     The Court's asset freeze (Dkt. No. 30, as modified by Dkt. Nos. 68, 284, 290) is hereby DISSOLVED and of no further force and effect.  Except as provided for in paragraph 17, upon service of this Consent Judgment upon any bank, brokerage house, or financial institution holding frozen assets under the asset freeze order, such assets shall be immediately unfrozen.  Confirmation of the unfreezing of these assets shall be sent to counsel for Plaintiffs at GPotter@pbwt.com and counsel for eSutures at GMarshall@bradley.com and ESullivan@bradley.com.

19.     Plaintiffs' October 8, 2020 Atlantic Specialty Insurance Company Undertaking on Preliminary Injunction, Bond Number 800-054-586, in the amount of $750,000.00, is hereby released.

20.     Signatures to this Consent Judgment transmitted electronically or by facsimile shall be deemed original.

{Signatures on following page}

Dated: February __, 2021

CONSENTED AND AGREED TO BY:

_____

BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:    (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and

_____

GEOFFREY POTTER
ARON FISCHER (*admission application to be submitted*)
TIMOTHY A. WATERS (*admission application to be submitted*)
JOSHUA R. STEIN
JACQUELINE LASH
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com
jlash@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*

Jack Selden
Greg Marshall
Scarlett Nokes
Erin Sullivan
Michael Denniston
BRADLEY ARANT BOULT CUMMINGS LLP
jselden@bradley.com
gmarshall@bradley.com
snokes@bradley.com
esullivan@bradley.com
mdenniston@bradley.com

and

_____

Alexander Vesselinovitch
Matthew T. Connelly
D. Richard Self
FREEBORN & PETERS LLP
avesselinovitch@freeborn.com
mconnelly@freeborn.com
rself@freeborn.com

*Counsel for Defendants Advanced Inventory Management, Inc. d/b/a eSutures.com, Anthony Iaderosa Jr., Jason Einhorn, and Mike Phipps*

6

Dated: February ___, 2021

CONSENTED AND AGREED TO BY:

_____

BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:    (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and

_____

GEOFFREY POTTER
ARON FISCHER (*admission application to be submitted*)
TIMOTHY A. WATERS (*admission application to be submitted*)
JOSHUA R. STEIN
JACQUELINE LASH
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com
jlash@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*

_____

Jack Selden
Greg Marshall
Scarlett Nokes
Erin Sullivan
Michael Denniston
BRADLEY ARANT BOULT CUMMINGS LLP
jselden@bradley.com
gmarshall@bradley.com
snokes@bradley.com
esullivan@bradley.com
mdenniston@bradley.com

and

_____

Alexander Vesselinovitch
Matthew T. Connelly
D. Richard Self
FREEBORN & PETERS LLP
avesselinovitch@freeborn.com
mconnelly@freeborn.com
rself@freeborn.com

*Counsel for Defendants Advanced Inventory Management, Inc. d/b/a eSutures.com, Anthony Iaderosa Jr., Jason Einhorn, and Mike Phipps*

6

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _____

Ethicon US, LLC

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____

SO ORDERED:

_____

UNITED STATES JUDGE

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _Oray B. Boston Jr._____

Ethicon US, LLC

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____

SO ORDERED:

_____
UNITED STATES JUDGE

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _____

Ethicon US, LLC

Nefertiti
Greene

Digitally signed by Nefertiti Greene
DN: c=US, o=JNJ, ou=Subscribers,
0.9.2342.19200300.100.1.1=1039330,
cn=Nefertiti Greene
Reason: I attest to the accuracy and integrity of
this document.
Date: 2021.02.02 15:59:11 -05'00'
Adobe Reader version: 11.0.20

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____

SO ORDERED:

_____
UNITED STATES JUDGE

7

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _____

Ethicon US, LLC

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____

SO ORDERED:

_____
UNITED STATES JUDGE

7

Dated: February ___, 2021

CONSENTED AND AGREED TO BY:


_____
BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:    (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and


_____
GEOFFREY POTTER
ARON FISCHER (*admission application to be submitted*)
TIMOTHY A. WATERS (*admission application to be submitted*)
JOSHUA R. STEIN
JACQUELINE LASH
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com
jlash@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*


_____
Jack Selden
Greg Marshall
Scarlett Nokes
Erin Sullivan
Michael Denniston
BRADLEY ARANT BOULT CUMMINGS LLP
jselden@bradley.com
gmarshall@bradley.com
snokes@bradley.com
esullivan@bradley.com
mdenniston@bradley.com

and


_____
Alexander Vesselinovitch
Matthew T. Connelly
D. Richard Self
FREEBORN & PETERS LLP
avesselinovitch@freeborn.com
mconnelly@freeborn.com
rself@freeborn.com

*Counsel for Defendants Advanced Inventory Management, Inc. d/b/a eSutures.com, Anthony Iaderosa Jr., Jason Einhorn, and Mike Phipps*

6

Dated: February __, 2021

CONSENTED AND AGREED TO BY:

---

BRADLEY J. ANDREOZZI (ARDC No. 6286557)
MATTHEW M. MORRISSEY (ARDC No. 6302575)
FAEGRE DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:    (312) 569-3000
bradley.andreozzi@faegredrinker.com
matthew.morrissey@faegredrinker.com

and

---

GEOFFREY POTTER
ARON FISCHER (*admission application to be submitted*)
TIMOTHY A. WATERS (*admission application to be submitted*)
JOSHUA R. STEIN
JACQUELINE LASH
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
gpotter@pbwt.com
afischer@pbwt.com
twaters@pbwt.com
jstein@pbwt.com
jlash@pbwt.com

*Attorneys for Plaintiffs Johnson & Johnson, Ethicon, Inc., Ethicon US, LLC, and Johnson & Johnson Health Care Systems Inc.*

---

Jack Selden
Greg Marshall
Scarlett Nokes
Erin Sullivan
Michael Denniston
BRADLEY ARANT BOULT CUMMINGS LLP
jselden@bradley.com
gmarshall@bradley.com
snokes@bradley.com
esullivan@bradley.com
mdenniston@bradley.com

and

---

Alexander Vesselinovitch
Matthew T. Connelly
D. Richard Self
FREEBORN & PETERS LLP
avesselinovitch@freeborn.com
mconnelly@freeborn.com
rself@freeborn.com

*Counsel for Defendants Advanced Inventory Management, Inc. d/b/a eSutures.com, Anthony Iaderosa Jr., Jason Einhorn, and Mike Phipps*

6

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _____

Ethicon US, LLC

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a
eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____


SO ORDERED:

_____
UNITED STATES JUDGE

7

Johnson & Johnson

By: _____

Ethicon, Inc.

By: _____

Ethicon US, LLC

By: _____

Johnson & Johnson Health Care Systems Inc.

By: _____

Advanced Inventory Management, Inc. d/b/a
eSutures.com

By: _____

Anthony Iaderosa Jr.

By: _____

Jason Einhorn

By: _____

Mike Phipps

By: _____

SO ORDERED:

_____
UNITED STATES JUDGE

## Appendix A

3Dintegrated ApS

Acclarent, Inc.

Actelion Ltd

Actelion Manufacturing GmbH

Actelion Pharmaceuticals Australia Pty. Limited

Actelion Pharmaceuticals Korea Ltd.

Actelion Pharmaceuticals Ltd

Actelion Pharmaceuticals Mexico S.A. De C.V.

Actelion Pharmaceuticals Trading (Shanghai) Co., Ltd.

Actelion Pharmaceuticals UK Limited

Actelion Pharmaceuticals US, Inc.

Actelion Registration Limited

Actelion Treasury Unlimited Company

Akros Medical, Inc.

Albany Street LLC

ALZA Corporation

Alza Land Management, Inc.

AMO (Hangzhou) Co., Ltd.

AMO (Shanghai) Medical Devices Trading Co., Ltd.

AMO ASIA LIMITED

AMO Australia Pty Limited

AMO Canada Company

AMO Denmark ApS

AMO Development, LLC

AMO France

AMO Germany GmbH

AMO Groningen B.V.

AMO International Holdings

AMO Ireland

AMO Ireland Finance Unlimited Company

AMO Italy SRL

AMO Japan K.K.

AMO Manufacturing Spain S.L.

AMO Manufacturing USA, LLC

AMO Netherlands BV

AMO Nominee Holdings, LLC

AMO Norway AS

AMO Puerto Rico Manufacturing, Inc.

AMO Sales and Service, Inc.

AMO Singapore Pte. Ltd.

AMO Spain Holdings, LLC

AMO Switzerland GmbH

AMO U.K. Holdings, LLC

AMO United Kingdom, Ltd.

AMO Uppsala AB

AMO US Holdings, Inc.

AMO USA Sales Holdings, Inc.

AMO USA, LLC

Animas Diabetes Care, LLC

Animas LLC

Animas Technologies LLC

AorTx, Inc.

Apsis

Aragon Pharmaceuticals, Inc.

Asia Pacific Holdings, LLC

Atrionix, Inc.

AUB Holdings LLC

Auris Health, Inc.

Backsvalan 2 Aktiebolag

Backsvalan 6 Handelsbolag

Beijing Dabao Cosmetics Co., Ltd.

BeneVir BioPharm, Inc.

Berna Rhein B.V.

BioMedical Enterprises, Inc.

Biosense Webster (Israel) Ltd.

Biosense Webster, Inc.

C Consumer Products Denmark ApS

Calibra Medical LLC

Campus-Foyer Apotheke GmbH

Carlo Erba OTC S.r.l.

Centocor Biologics, LLC

Centocor Research & Development, Inc.

ChromaGenics B.V.

Ci:Labo Customer Marketing Co., Ltd.

Ci:z. Labo Co., Ltd.

Cilag AG

Cilag GmbH International

Cilag Holding AG

Cilag Holding Treasury Unlimited Company

Cilag-Biotech, S.L.

CNA Development GmbH

Codman & Shurtleff, Inc.

Coherex Medical, Inc.

ColBar LifeScience Ltd.

Company Store.com, Inc.

Cordis de Mexico, S.A. de C.V.

Cordis International Corporation

Corimmun GmbH

CoTherix Inc.

CSATS, Inc.

Darlain Trading S.A.

Debs-Vogue Corporation (Proprietary) Limited

DePuy France

DePuy Hellas SA

DePuy International Limited

DePuy Ireland Unlimited Company

DePuy Mexico, S.A. de C.V.

DePuy Mitek, LLC

DePuy Orthopaedics, Inc.

DePuy Products, Inc.

DePuy Spine, LLC

DePuy Synthes Gorgan Limited

DePuy Synthes Institute, LLC

DePuy Synthes Leto SARL

DePuy Synthes Products, Inc.

DePuy Synthes Sales, Inc.

DePuy Synthes, Inc.

Dr. Ci:Labo Co., Ltd.

DR. CI:LABO COMPANY LIMITED

Dutch Holding LLC

ECL7, LLC

EES Holdings de Mexico, S. de R.L. de C.V.

EES, S.A. de C.V.

EIT Emerging Implant Technologies GmbH

Ethicon Biosurgery Ireland

Ethicon Endo-Surgery (Europe) GmbH

Ethicon Endo-Surgery, Inc.

Ethicon Endo-Surgery, LLC

Ethicon Holding Sarl

Ethicon Ireland Unlimited Company

Ethicon LLC

Ethicon PR Holdings Unlimited Company

Ethicon Sarl

Ethicon US, LLC

Ethicon Women's Health & Urology Sarl

Ethicon, Inc.

Ethnor (Proprietary) Limited

Ethnor del Istmo S.A.

Ethnor Farmaceutica, S.A.

Ethnor Guatemala, Sociedad Anonima

Finsbury (Development) Limited

Finsbury (Instruments) Limited

Finsbury Medical Limited

Finsbury Orthopaedics International Limited

Finsbury Orthopaedics Limited

FMS Future Medical System SA

GH Biotech Holdings Limited

Global Investment Participation B.V.

GMED Healthcare BV

Guangzhou Bioseal Biotech Co., Ltd.

Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.

Hansen Medical UK Limited

Hansen Medical, Inc.

Healthcare Services (Shanghai) Ltd.

I.D. Acquisition Corp.

Innomedic Gesellschaft für innovative Medizintechnik und Informatik mbH

Innovalens B.V.

Innovative Surgical Solutions, LLC

J & J Company West Africa Limited

J&J Pension Trustees Limited

J.C. General Services BV

Janssen Alzheimer Immunotherapy (Holding) Limited

Janssen Biologics (Ireland) Limited

Janssen Biologics B.V.

Janssen BioPharma, Inc.

Janssen Biotech, Inc.

Janssen Cilag Farmaceutica S.A.

Janssen Cilag S.p.A.

Janssen Cilag SPA

Janssen Cilag, C.A.

Janssen de Mexico, S. de R.L. de C.V.

Janssen Development Finance Unlimited Company

Janssen Diagnostics, LLC

Janssen Egypt LLC

Janssen Farmaceutica Portugal Lda

Janssen Global Services, LLC

Janssen Group Holdings Limited

Janssen Holding GmbH

Janssen Inc.

Janssen Irish Finance Company UC

Janssen Korea Ltd.

Janssen Oncology, Inc.

Janssen Ortho LLC

Janssen Pharmaceutica (Proprietary) Limited

Janssen Pharmaceutica NV

Janssen Pharmaceutica S.A.

Janssen Pharmaceutical

Janssen Pharmaceutical K.K.

Janssen Pharmaceutical Sciences Unlimited Company

Janssen Pharmaceuticals, Inc.

Janssen Products, LP

Janssen R&D Ireland

Janssen Research & Development, LLC

Janssen Sciences Ireland Unlimited Company

Janssen Scientific Affairs, LLC

Janssen Supply Group, LLC

Janssen Vaccines & Prevention B.V.

Janssen Vaccines Corp.

Janssen-Cilag

Janssen-Cilag (New Zealand) Limited

Janssen-Cilag A/S

Janssen-Cilag AG

Janssen-Cilag Aktiebolag

Janssen-Cilag AS

Janssen-Cilag B.V.

Janssen-Cilag de Mexico S. de R.L. de C.V.

Janssen-Cilag Farmaceutica Lda.

Janssen-Cilag Farmaceutica Ltda.

Janssen-Cilag GmbH

Janssen-Cilag International NV

Janssen-Cilag Kft.

Janssen-Cilag Limited

Janssen-Cilag Limited

Janssen-Cilag Manufacturing, LLC

Janssen-Cilag NV

Janssen-Cilag OY

Janssen-Cilag Pharma GmbH

Janssen-Cilag Pharmaceutical S.A.C.I.

Janssen-Cilag Polska, Sp. z o.o.

Janssen-Cilag Pty Ltd

Janssen-Cilag S.A.

Janssen-Cilag s.r.o.

Janssen-Cilag, S.A.

Janssen-Cilag, S.A. de C.V.

Janssen-Pharma, S.L.

J-C Health Care Ltd.

Jevco Holding, Inc.

JJ Surgical Vision Spain, S.L.

JJC Acquisition Company B.V.

JJHC, LLC

JJSV Belgium BV

JJSV Manufacturing Malaysia SDN. BHD.

JJSV Norden AB

JJSV Produtos Oticos Ltda.

JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.

JNJ International Investment LLC
JNJ Irish Investments ULC
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique), Limitada
Johnson & Johnson (Namibia) (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Belgium Finance Company BV
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile Limitada
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.

Johnson & Johnson Dominicana, S.A.S.

Johnson & Johnson Enterprise Innovation Inc.

Johnson & Johnson European Treasury Company

Johnson & Johnson Finance Corporation

Johnson & Johnson Finance Limited

Johnson & Johnson Financial Services GmbH

Johnson & Johnson for Export and Import LLC

Johnson & Johnson Foundation Scotland (NON-PROFIT)

Johnson & Johnson Gateway, LLC

Johnson & Johnson Gesellschaft m.b.H.

Johnson & Johnson GmbH

Johnson & Johnson Guatemala, S.A.

Johnson & Johnson Health and Wellness Solutions, Inc.

Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and Industrial S.A.

Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings K.K.

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. Ltd.

Johnson & Johnson International Financial Services Company

Johnson & Johnson Japan Inc.

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Ltd.

Johnson & Johnson Korea Selling & Distribution LLC

Johnson & Johnson Limitada

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance Company Sarl

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical (Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico, S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical Saudi Arabia Limited
Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan (Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care (Chile) S.A.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.
Johnson & Johnson Surgical Vision India Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury Company Limited
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban Renewal Associates
Johnson & Johnson Vision Care (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited

Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi

JOM Pharmaceutical Services, Inc.

La Concha Land Investment Corporation

Latam International Investment Company Unlimited Company

Lifescan

McNeil AB

McNeil Consumer Pharmaceuticals Co.

McNeil Denmark ApS

McNeil Healthcare (Ireland) Limited

McNeil Healthcare (UK) Limited

McNeil Healthcare LLC

McNeil Iberica S.L.U.

McNeil LA LLC

McNEIL MMP, LLC

McNeil Nutritionals, LLC

McNeil Panama, LLC

McNeil Products Limited

McNeil Sweden AB

MDS Co. Ltd.

Medical Device Business Services, Inc.

Medical Devices & Diagnostics Global Services, LLC

Medical Devices International LLC

Medical Industrial do Brasil Ltda.

Medos International Sarl

Medos Sarl

MegaDyne Medical Products, Inc.

Menlo Care De Mexico, S.A. de C.V.

Mentor B.V.

Mentor Deutschland GmbH

Mentor Medical Systems B.V.

Mentor Partnership Holding Company I, LLC

Mentor Texas GP LLC

Mentor Texas L.P.

Mentor Worldwide LLC

Micrus Endovascular LLC

Middlesex Assurance Company Limited

Momenta Ireland Limited

Momenta Pharmaceuticals, Inc.

NeoStrata Company, Inc.

NeoStrata UG (haftungsbeschränkt)

Netherlands Holding Company

Neuravi Inc.

Neuravi Limited

NeuWave Medical, Inc.

Novira Therapeutics, LLC

NuVera Medical, Inc.

Obtech Medical Mexico, S.A. de C.V.

OBTECH Medical Sarl

OGX Beauty AU Pty Ltd

OGX Beauty Limited

OMJ Holding GmbH

OMJ Ireland Unlimited Company

OMJ Pharmaceuticals, Inc.

Omrix Biopharmaceuticals Ltd.

Omrix Biopharmaceuticals NV

Omrix Biopharmaceuticals, Inc.

Ortho Biologics LLC

Ortho Biotech Holding LLC

Ortho-McNeil Pharmaceutical, LLC

Orthotaxy

Patriot Pharmaceuticals, LLC

Peninsula Pharmaceuticals, LLC

Penta Pty. Limited

Percivia LLC

Perouse Plastie

Pharmadirect Ltd.

Pharmedica Laboratories (Proprietary) Limited

PMC Holdings G.K.

Princeton Laboratories, Inc.

Productos de Cuidado Personal y de La Salud de Bolivia S.R.L.

Proleader S.A.

PT Integrated Healthcare Indonesia

PT. Johnson & Johnson Indonesia

Pulsar Vascular, Inc.

Regency Urban Renewal Associates

RespiVert Ltd.

RoC International

Rutan Realty LLC

Scios LLC

Sedona Enterprise Co., Ltd.

Sedona Singapore International Pte. Ltd.

Sedona Thai International Co., Ltd.

Serhum S.A. de C.V.

Shanghai Elsker For Mother & Baby Co., Ltd

Shanghai Johnson & Johnson Ltd.

Shanghai Johnson & Johnson Pharmaceuticals Ltd.

Sightbox, LLC

Sodiac ESV

Spectrum Vision Limited Liability Company

Spectrum Vision Limited Liability Company

Spectrum Vision Limited Liability Partnership

Spine Solutions GmbH

SterilMed, Inc.

Sterilmed, Inc.

Surgical Process Institute Deutschland GmbH

Synthes Costa Rica S.C.R., Limitada

SYNTHES GmbH

Synthes GmbH

Synthes Holding AG

Synthes Holding Limited

SYNTHES Medical Immobilien GmbH

Synthes Medical Surgical Equipment & Instruments Trading LLC

Synthes Produktions GmbH

Synthes Proprietary Limited

Synthes S.M.P., S. de R.L. de C.V.

Synthes Tuttlingen GmbH

Synthes USA Products, LLC

Synthes USA, LLC

Synthes, Inc.

TARIS Biomedical LLC

TearScience, Inc.

The Anspach Effort, LLC

The Vision Care Institute, LLC

Tibotec, LLC

Torax Medical, Inc.

TriStrata, Incorporated

UAB "Johnson & Johnson"

Vania Expansion

Verb Surgical Inc.

Vision Care Finance Unlimited Company

Vogue International LLC

Vogue International Trading, Inc.

WH4110 Development Company, L.L.C.

Xian Janssen Pharmaceutical Ltd.

XO1 Limited

Zarbee's, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, I caused the foregoing to be served on all counsel of record via the Court's ECF system as well as by serving the documents via electronic mail upon the following:


Mudassar Shah (*pro se*)
m.shah@esutures.com
mudassarshah79@yahoo.com



*/s/ Matthew Morrissey*